IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDERICK LUSTER and DALLAS PASS,<br>    Plaintiff,<br><br>v.<br><br>AMERICAN CORADIUS INTERNATIONAL, LLC,<br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:15-cv-02307-WSD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by:   /s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916
2374 Main Street, Suite B
Tucker, GA 30084
404 / 373-1970
404 / 601-1855 fax
jfeagle@skaarandfeagle.com